1

2

3
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

4

5
ADRIAN MITCHELL,

6
                    Plaintiff,

7
        v.                                              NO. C06-197 MJP

8
JAMES SPALDING, et al.,                                 ORDER OF DISMISSAL

9
                    Defendants.

10

11
        Plaintiff, a state prisoner, filed a civil rights action pursuant to 42 U.S.C. § 1983 on February

12
8, 2006, and filed an amended complaint on April 21, 2006. (Dkt. No. 8).  Magistrate Judge Benton

13
reviewed the amended complaint and issued a report and recommendation on November 9, 2006.

14
(Dkt. No. 10).  The original noting date for the report and recommendation was December 1, 2006.

15
The report and recommendation and accompanying documentation were inadvertently mailed to the

16
incorrect address.  On December 14, 2006, the report and recommendation were returned as

17
undeliverable. (Dkt. No. 11).  On December 18, 2006, the Court issued a minute order, directing the

18
clerk to send copies of the report and recommendation and accompanying documents to the address

19
currently on file for Mr. Mitchell, and re-noting the report and recommendation for January 12, 2007.

20
(Dkt. No. 12).  That minute order was also returned as undeliverable. (Dkt. No. 13).  On February 13,

21
2007, the Court issued an Order requiring that Mr. Mitchell provide the Court with his current address

22
by March 5, 2007, or the case would be dismissed.

23
        The Court has received no further word from Mr. Mitchell.  Accordingly, the Court

24
DISMISSES this case without prejudice for failure to prosecute. See Local Civil Rule 41(b)(2).

25

26
ORDER OF DISMISSAL - 1

1    The clerk is directed to send copies of this order to (a) the two known addresses for Plaintiff

2  — **3706 S. Yakima, Tacoma, WA, 98418** and  **3817 S. Yakima, and Tacoma, WA, 98418**, and (b)

3  Magistrate Judge Benton.

4    Dated: March 7, 2007.

5
                                        Marsha J. Pechman
6                                        United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26  ORDER OF DISMISSAL - 2